390 A.2d 295

Commonwealth v. McCaffery, Appellant.

 Argued March 22, 1978.
Thomas F. McCaffery, appellant, in propria persona; Sandra L. Gross, Assistant District Attorney, with her Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.